# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE PEREZ-RUIZ, | Case No. 3:16-cv-00496-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WILLIAM SANDIE, *et al.*, | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 26), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 26) is granted. Petitioner will have through February 9, 2018, to file and serve a response to the motion to dismiss (ECF No. 25).

DATED THIS 14th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE