UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE PEREZ-RUIZ,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>WILLIAM SANDIE, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:16-cv-00496-MMD-WGC<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 28), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (second request) (ECF No. 28) is granted. Petitioner will have through March 26, 2018, to file and serve a response to the motion to dismiss (ECF No. 25).

DATED THIS 12th day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE