UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE PEREZ-RUIZ,<br><br>      Petitioner,<br> v.<br><br>WILLIAM SANDIE, et al.,<br><br>      Respondents. | Case No. 3:16-cv-00496-MMD-WGC<br><br>ORDER |

On March 29, 2018, Petitioner filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 31.) The Court recently received a letter from Petitioner under Local Rule IA 7-1(a) (attached hereto) inquiring about the status of this case.

The case's status is closed. A notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is self-executing.

> Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1) . . . . The dismissal is effective on filing and no court order is required.

*Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citations omitted). Nothing remains to be done in this action.

It is therefore ordered that no action be taken upon Petitioner's letter.

DATED THIS 23rd day of April 2019.

                        _____
                        MIRANDA M. DU
                        UNITED STATES DISTRICT JUDGE

Rene L. Valladares
Federal Public Defender
District of Nevada

Lori C. Teicher
First Assistant

Kimberly Sandberg
Assistant Federal Public Defender



FEDERAL PUBLIC
DEFENDER
——District of Nevada——

411 E. Bonneville Ave.
Suite #250
Las Vegas, NV 89101
Tel: 702-388-6577

April 12, 2018

Judge Miranda M. Du
United States District Court
400 Virginia Street
Reno, NV 89701

    Re: <u>Perez-Ruiz v Sandie, et al.</u>
        Case No: 3:16-cv-00496-MMD-WGC

Dear Mr. Perez-Ruiz:

    Jose Perez-Ruiz sends this letter, through counsel, pursuant to LR IA 7-1(a). Mr. Perez-Ruiz filed a Notice of Voluntary Dismissal of his amended petition approximately one year ago on March 29, 2018 (ECF No. 31). Since more than 90 days has elapsed since this notice was filed, Mr. Perez-Ruiz is writing to inquire about the status of his case. In compliance with the local rule, Mr. Perez-Ruiz has also sent a copy of this letter to Deputy Attorney General Amanda Sage.

    Your attention to this matter is greatly appreciated. Thank you.

                        Sincerely,

                        KIMBERLY SANDBERG
                        Assistant Federal Public Defender

KS/jp
Cc: *Jose Perez-Ruiz, Amanda Sage*

Kimberly Sandberg
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101

LAS VEGAS NV 890
12 APR '19
PM 4 L

NEOPOST
04/12/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 89101
041M11452453

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 15 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Judge Miranda M. Du
United States District Court
400 Virginia Street
Reno, NV 89701

89501-21299